# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornmann, Charles B. | District of South Dakota | 04/20/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

102 4th Ave, SE, Suite 408
Aberdeen, SD 57401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General partner | Ivey and Kornmann, a partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Michael and Barb Evans of Aberdeen, S.D. | reporter & spouse, guests, private plane, Aberdeen, S.D. to New Orleans | $600.00 |
| 2. | Michael and Barb Evans of Aberdeen, S.D. | reporter & spouse, guests, private plane, Memphis, TN to Aberdeen, S.D. | $600.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock, Red Ribbon, Inc. | | None | J | T | | | | | |
| 2. farm land, Hamlin County, SD | E | Rent | P1 | W | | | | | |
| 3. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 4. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 5. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 6. Brandywine Fund shares | A | Dividend | M | T | | | | | |
| 7. Oakmark Select Shares | A | Dividend | M | T | | | | | |
| 8. Masters Select Equity Fund Shares | D | Dividend | L | T | | | | | |
| 9. Vanguard 500 Index Fund (Ivey & Kornmann | C | Dividend | M | T | | | | | |
| 10. Vanguard REIT Fund (Ivey & Kornmann) | D | Dividend | N | T | | | | | |
| 11. Mexican condo (Ivey & Kornmann) | | None | M | W | | | | | |
| 12. Eaton Vance Tax Global Buy Write Fund (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 13. Cohen & Steers Total Return Realty Fund (Ivey & Kornmann) | | None | | | Sold | 01/16/15 | K | D | |
| 14. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | K | T | | | | | |
| 15. Anderson Retirement LLC ( Ivey & Kornmann) | D | Distribution | | | Sold | 06/24/15 | M | G | |
| 16. Healthcare Plus Federal Credit Union | A | Interest | M | T | | | | | |
| 17. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Twin Homes, Aberdeen, Brown County, SD | E | Rent | N | W | | | | | |
| 19. Wells Fargo Advantage Global (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 20. Wells Fargo Managed Account (IRA) | E | Distribution | N | U | Redeemed (part) | 12/23/15 | K | A | |
| 21. Wells Fargo Managed Account (IRA) | C | Distribution | N | U | Redeemed (part) | 12/22/15 | J | A | |
| 22. Wells Fargo Managed Account (IRA) | C | Distribution | N | U | Redeemed (part) | 12/22/15 | J | A | |
| 23. Wells Fargo Managed Account (IRA) | C | Distribution | L | U | Redeemed (part) | 12/23/15 | J | A | |
| 24. Europacific Growth FD | A | Dividend | K | T | Buy (add'l) | 08/17/15 | J | | |
| 25. Euopacific Growth FD | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 26. Europacific Growth FD | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 27. Europacific Growth FD | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 28. Artisan Partners FDS | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 29. Artisan Partneers FDS | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 30. Artisan Partners FDS | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 31. Artisan Partners FDS | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 32. Gabelli Equity Series FD | | None | K | T | Sold (part) | 08/17/15 | J | A | |
| 33. Gabelli Equity Series FD | | None | K | T | Sold (part) | 12/21/15 | J | A | |
| 34. Gabellli Equity Series FD | | None | J | T | Sold (part) | 08/17/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gabelli Equity Servies FD | | None | J | T | Sold (part) | 12/21/15 | J | A | |
| 36. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 01/09/15 | J | A | |
| 37. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 04/10/15 | J | A | |
| 38. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 07/10/15 | J | A | |
| 39. Goldman Sachs Tr. Finl | A | Interest | J | T | Buy (add'l) | 08/17/15 | J | | |
| 40. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 10/09/15 | J | A | |
| 41. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 10/09/15 | J | A | |
| 42. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 04/10/15 | J | A | |
| 43. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 07/10/15 | J | A | |
| 44. Goldman Sachs Tr. Finl | A | Interest | J | T | Buy | 08/17/15 | J | | |
| 45. Goldman Sachs Tr. Finl | A | Interest | J | T | Sold (part) | 10/09/15 | J | A | |
| 46. Growth Fund Amer. | A | Dividend | K | T | Sold (part) | 08/17/15 | J | A | |
| 47. Growth Fund Amer | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 48. Growth Fund Amer. | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 49. Growth Fund Amer | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 50. Harbor Fund Cap | A | Dividend | K | T | Sold (part) | 08/17/15 | J | A | |
| 51. Harbor Fund Cap | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor Fund Cap | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 53. Harbor Fund Cap | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 54. Hartford Mut FDS Inc. | | None | K | T | Sold (part) | 08/17/15 | J | A | |
| 55. Hartford Mut FDS Inc. | | None | K | T | Sold (part) | 12/21/15 | J | A | |
| 56. Hartford Mut. FDS Inc | | None | J | T | Sold (part) | 08/17/15 | J | A | |
| 57. Hartford Mut. FDS Inc. | | None | J | T | Sold (part) | 12/21/15 | J | A | |
| 58. Investment Co. Amer. | A | Dividend | K | T | Buy (add'l) | 08/17/15 | J | | |
| 59. Investment Co. Amer | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 60. Investment Co. Amer | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 61. Investment Co. Amer | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 62. American FDS Inc.New World | A | Dividend | K | T | Buy (add'l) | 08/17/15 | J | | |
| 63. American FDS Inc. New World | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 64. American FDS Inc. New World | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 65. American FDS Inc. New World | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 66. Pimco FDS Pac Invt | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 67. Pimco FDS Pac Invt | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 68. Pimco FDS Pac Invt. | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco FDS Pac Invt. | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 70. Oppenheimer Dev. Mkts. | A | Dividend | K | T | Buy (add'l) | 08/17/15 | J | | |
| 71. Oppenheimer Dev. Mkts | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 72. Oppenheimer Dev. Mklts. | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 73. Oppenheimer Dev. Mkts | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 74. T Rowe Price Real Est. Fund Inc. | A | Dividend | K | T | Sold (part) | 08/17/15 | J | A | |
| 75. T Rowe Price Real Est. Fund Inc. | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 76. T. Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 77. T Rowe Price Real Est Fund Inc | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 78. T Rowe Price MD-CP Val. | A | Dividend | K | T | Sold (part) | 08/17/15 | J | A | |
| 79. T Rowe Price MD-CP Val | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 80. T Rowe Price MD-CP Val. | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 81. T Rowe Price MD-CP Val | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 82. Small Cap World Fund Inc. Class F-1 | | None | K | T | Sold (part) | 07/13/15 | J | A | |
| 83. Small Cap World Fund Inc. Class F-1 | | None | K | T | Sold (part) | 08/17/15 | J | A | |
| 84. Small Cap World Fund Inc. Class F-1 | | None | K | T | Sold (part) | 12/21/15 | J | A | |
| 85. Small Cap World Fund Inc. Class F-1 | | None | J | T | Sold (part) | 07/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Small Cap World Fund Inc. Class F-1 | | None | J | T | Sold (part) | 08/17/15 | J | A | |
| 87. Small Cap World Fund Inc. Class F-1 | | None | J | T | Sold (part) | 12/21/15 | J | A | |
| 88. Wash; Mut. Investors Fund Class F-1 | A | Dividend | K | T | Sold (part) | 08/17/15 | J | A | |
| 89. Wash. Mut. Investors Fund Class F-1 | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 90. Wash. Mut. Investors Fund Class F-1 | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 91. Wash.Mut.Investors Fund Class F-1 | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 92. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 93. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 94. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 95. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 96. Dodge & Cox FDS | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 97. Dodge & Cox FDS | A | Dividend | J | T | Buy (add'l) | 08/17/15 | J | | |
| 98. JP Morgan Large Cap | | None | J | T | Sold (part) | 08/17/15 | J | B | |
| 99. JP Morgan Large Cap | | None | J | T | Sold (part) | 12/21/15 | J | A | |
| 100. JP Morgan Large Cap | | None | J | T | Sold (part) | 08/17/15 | J | A | |
| 101. JP Morgan Large Cap | | None | J | T | Sold (part) | 12/21/15 | J | A | |
| 102. Russell Invt Co. Commodity Strategies | | None | J | T | Buy (add'l) | 03/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Russell Invt.Co. Global CR Strategies FD | A | Dividend | J | T | Sold (part) | 01/02/15 | K | A | |
| 104.  Russell Emerging Mkts. Cl S | A | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 105.  Russell Emerging Mkts. C1-S | A | Dividend | K | T | Sold (part) | 04/10/15 | J | A | |
| 106.  Russell Invt.Co. Global Real Est. Secs | A | Dividend | K | T | Sold (part) | 03/03/15 | J | A | |
| 107.  Russell Glbl. Eqty | B | Dividend | L | T | Sold (part) | 03/03/15 | J | D | |
| 108.  Russell Intl. Devel PD Mkts FD Class S | A | Dividend | L | T | Buy (add'l) | 03/03/15 | J | | |
| 109.  Rusell Intl Devel PDE Mtks FD Class S | A | Dividend | L | T | Sold (part) | 07/13/15 | J | A | |
| 110.  Russell Invt Co. Multi-Strategy | A | Dividend | K | T | Sold (part) | 03/03/15 | J | A | |
| 111.  Russell US Small Cap | A | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 112.  Russell US Small Cap | A | Dividend | K | T | Sold (part) | 07/13/15 | J | A | |
| 113.  Russell U.S. Strat. Equit. | B | Dividend | M | T | Sold (part) | 01/12/15 | J | D | |
| 114.  Russell US Strat. Equit. | B | Dividend | M | T | Buy (add'l) | 03/03/15 | J | | |
| 115.  Russell US Strat. Equit. | B | Dividend | M | T | Buy (add'l) | 03/03/15 | J | | |
| 116.  Russell US Strat Equit. | B | Dividend | M | T | Sold (part) | 10/09/15 | J | A | |
| 117.  Russell Invt. Co. Global Infrastructure Fund | A | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 118.  Jefferson City Retirement, LLC (Ivey & Kornmann) | | None | K | T | | | | | |
| 119.  Cheyenne Retirement, LLC | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mishawaka/South Bend Retirement, LLC | | None | K | T | | | | | |
| 121. Debt from Driver Properties LLC | A | Interest | J | T | | | | | |
| 122. Debt from Bill Welk (Ivey & Kornmann) | | None | K | T | | | | | |
| 123. Nuveen S & P Buy-Write Fund (Ivey & Kornmann | C | Dividend | K | T | Buy | 01/16/15 | K | | |
| 124. Newburgh/Evansville (Primrose) | | None | K | U | Buy | 12/03/15 | K | | |
| 125. C.D., Capital One | A | Interest | L | T | Buy | 09/25/15 | K | | |
| 126. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 127. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 128. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 129. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 130. Deutsche Bank Enhanced Comm Fd | | None | J | T | Buy | 12/16/15 | J | | |
| 131. Deutsche Bank Enhanced Comm Fd | | None | J | T | Buy | 12/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/20/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholders. We have intended to abandon the land, having been unable to sell it or give it away. The stock may now be worthless and the corporation might be dissolved..
However, in 2016, a corporation has expressed some interest in acquiring the land and we are retaining the corporation until we determine whether the land has any value.

Line 2, this land is leased on a cash rent basis to Lakness Farms of Hayti, S.D.

Lines 3 and 4, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D.. Liquid investments of the partnership and income therefrom are reported in Part VII. All interests in the partnership are owned by immediate family members.

Line 6, this mutual fund is owned by a revocable trust, the trustees being the reporting party and spouse. This is true also of all other mutual funds listd in Part VII, other than funds owned by Ivey and Kornmann which funds are so designated in Part VII.

Line 11, this is a furnished condominium in Playa del Carmen, Mexico, which is owned by Ivey and Kornmann partnership as a leasehold interest since U.S. citizens cannot "own" real estate in Mexico.

Line 15, this is a limited partnership interest, a rather small interest as a limited partner; the partnership was operating an assisted care living facility in Anderson, Indiana. The partneship interest was held by Ivey and Kornmann partnership. The limited partnership has sold the facility to a real estate investment trust and we no longer have any interest in the property or the limited partnership.

Line 16, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by the reporting party and spouse.

Line 17, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann partnership.

Line 18, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment in Aberdeen, S.D.

Line 21, because of age of reporting party, a partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC, acting on behalf of Wells Fargo

Line 22, because of age of spouse, one partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC., acting on behalf of Wells Fargo.

Line 118, this is a limited partnership interest in a partnership that owns an assisted care living center in Jefferson City, MO. The owner of the limited partnership interest is Ivey and Kornmann partnership.

Line 119, this is a limited partnership interest in a partnership that owns an assisted care living center in Cheyenne WY.

Line 120, this is a limited partnership interest in a partnership that owns an assisted care living center near South Bend, IN. This was reported on Line 100 in the report for 2014. The actual name is not "South Bend" but is "Mishawaka/South Bend Primrose, LLC" and that clarification is made..

Line 121, this is a debt from a limited liability corporation that owns rental housing in Minneapolis, MN. The LLC is owned by two sons-in-law.

Line 122, this is a demand promissory note that became due on demand in 2014 and efforts are underway to force payment of the note. Nothing has been paid or collected. The money is owed to Ivey and Kornmann

Line 124, this is a limited partneship interest in a partnership that owns an assisted care living center near Evanston, Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Kornmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544